[This opinion has been published in *Ohio Official Reports* at 84 Ohio St.3d 21.]

THE STATE OF OHIO, APPELLEE, *v.* RAMSEY, APPELLANT.

[Cite as *State v. Ramsey*, 1998-Ohio-700.]

*Criminal procedure—Classification as sexual predator—Court of appeals'*
*judgment affirmed on authority of State v. Cook–Remand for new sexual*
*predator classification hearing pursuant to R.C. 2950.09(B).*

(No. 98-358—Submitted October 13, 1998—Decided November 25, 1998.)

CERTIFIED by the Court of Appeals for Clermont County, No. CA97-03-025.

————————————

*Michael S. Buschbacher*, for appellant.

————————————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

{¶ 2} The cause is remanded to the trial court to conduct a new sexual predator classification hearing after proper notice pursuant to R.C. 2950.09(B).

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————